

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00504-CV

Hilda **TREVINO**,
Appellant

v.

**TRADEWIND VILLAS APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01260
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Hilda Trevino has filed a notice of appeal from a default judgment signed July 27, 2020. Trevino did not file a timely motion that would have extended the appellate timetable. *See* TEX. R. CIV. P.329b(g); TEX. R. APP. P.26.1(a). Thus, the notice of appeal was due August 26, 2020, or a motion for extension of time to file the notice of appeal was due fifteen days later on September 10, 2020. *See* TEX. R. APP. P.26.1, 26.3. Trevino did not file a timely notice of appeal or motion for extension of time to file the notice of appeal. However, on September 23, 2020, she filed a notice of appeal.

A timely notice of appeal must be filed in order to invoke this court's jurisdiction. *See Sweed v. Nye*, 323 S.W.3d 873 (Tex. 2010). "Once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."*See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997).

We therefore **order** Trevino to file a response by November 3, 2020, showing cause why this appeal should not be dismissed for lack of jurisdiction. If Trevino fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P.42.3(a), (c). Trevino has the burden to request the trial court clerk prepare a supplemental clerk's record containing all necessary pleadings and orders to establish this court's jurisdiction and to file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court